| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patterson Jr., Robert, Howard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Patterson, Deborah, Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **1539** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **6881** |
| Street Address of Debtor (No. & Street, City, and State):<br>**11106 Worcester Highway**<br>**Berlin, MD**    ZIP CODE **21811** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**11106 Worcester Highway**<br>**Berlin, MD**    ZIP CODE **21811** |
| County of Residence or of the Principal Place of Business:<br>**Worcester** | County of Residence or of the Principal Place of Business:<br>**Worcester** |
| Mailing Address of Debtor (if different from street address):<br>   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**  *(This page must be completed and filed in every case)* | Name of Debtor(s):  **Robert Howard Patterson Jr., Deborah Ann Patterson** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location  Where Filed: **NONE** | Case Number: | Date Filed: |
| Location  Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **/s/ Robert K. McIntosh**                    **1/11/2010**  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  Signature of Attorney for Debtor(s)             Date  **Robert K. McIntosh**                             **08719** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐   Yes, and Exhibit C is attached and made a part of this petition.  ☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.  If this is a joint petition:  ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**  (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**  (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  (Name of landlord that obtained judgment)  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  (Address of landlord)  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** *(This Page must be completed and filed in every case)* | Name of Debtor(s): **Robert Howard Patterson Jr., Deborah Ann Patterson** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Robert Howard Patterson Jr.**
   Signature of Debtor    **Robert Howard Patterson Jr.**

X **s/ Deborah Ann Patterson**
   Signature of Joint Debtor    **Deborah Ann Patterson**

   Telephone Number (If not represented by attorney)
   **1/11/2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney

X **/s/ Robert K. McIntosh**
   Signature of Attorney for Debtor(s)

   **Robert K. McIntosh  Bar No.  08719**
   Printed Name of Attorney for Debtor(s) / Bar No.

   **Robert K. McIntosh**
   Firm Name

   **212 North Main Street Berlin, Maryland  21811**
   Address

   **Berlin, Maryland 21811**

   **410-641-0527          410-641-2405**
   Telephone Number

   **1/11/2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

**B6A (Official Form 6A) (12/07)**

In re:  **Robert Howard Patterson Jr.    Deborah Ann Patterson**                Case No. _____

                                    **Debtors**                                                                                 **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **11039 Worcester Hwy. Berlin, MD 21811** | **Co-Owner** | J | **$ 184,160.00** | **$      0.00** |
| **11102 Worcester Hwy. Berlin, MD 21811** | **Fee Owner** | J | **$ 388,500.00** | **$ 213,166.48** |
| **11106 Worcester Highway Berlin, MD 21811 Premary Residence** | **Fee Owner** | J | **$ 421,730.00** | **$ 261,045.42** |
| **11912 St. Martin's Neck Rd. Bishopville, MD** | **Fee Owner** | W | **$ 190,910.00** | **$ 381,632.76** |
| **3 Lots, Eagle Landing, Accomack, Virginia** | | J | **$ 150,000.00** | **$ 104,547.75** |
| **7.041 acres Worcester Hwy. Berlin, MD** | **Fee Owner** | J | **$ 162,040.00** | **$      0.00** |

**Total**  ➢  **$1,497,340.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson** ,       Case No. _____
                                    **Debtors**                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account- Bank of Ocean City** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household furnishings** | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men's clothing** | H | 500.00 |
| Wearing apparel. | | **Women's clothing** | W | 750.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **BB&J, LLC** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ciny's Treasurers, LLC** | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Patterson & Sons, LLC** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **Robert Howard Patterson Jr.    Deborah Ann Patterson** ,        Case No. _____
                    **Debtors**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy 1500** | J | 6,652.50 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Fleetwood Excursion** | J | 150,000.00 |
| 26. Boats, motors, and accessories. | | **2004 Seahut** | H | 8,400.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Robert Howard Patterson Jr.    Deborah Ann Patterson**              ,          Case No. _____
                                    **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

__2__  continuation sheets attached                     Total   ➤     **$ 168,902.50**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re _____,     Case No. _____
                    Debtor                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Checking account- Bank of Ocean City** | **Household goods and furnishings** | **100.00** | **100.00** |
| **Men's clothing** | **Household goods and furnishings** | **500.00** | **0.00** |
| **Misc. household furnishings** | **Real or personal property, under Title 11 U.S. Code** | **2,500.00** | **0.00** |
| **Women's clothing** | **Household goods and furnishings** | **750.00** | **0.00** |

B6D (Official Form 6D) (12/07)

In re  **Robert Howard Patterson Jr.    Deborah Ann Patterson**        Case No. _____

Debtors                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BB&T<br>P.O. Box 2467<br>Greenville, SC  29602 | | J | First Lien on Residence<br>11106 Worcester Highway<br>Berlin, MD 21811<br>Premary Residence<br><br>VALUE $421,730.00 | | | | 225,000.00 | 0.00 |
| ACCOUNT NO.<br>Key Bank<br>P.O. Box 94981<br>Cleveland, OH  44101 | | H | 2008 Fleetwood Excursion<br><br>VALUE $150,000.00 | | | | 148,000.00 | 0.00 |
| ACCOUNT NO.<br>PNC Bank<br>P.O. Box 340777<br>Pittsburg, PA  15230 | | J | VALUE $0.00 | | | | 102,316.94 | 0.00 |
| ACCOUNT NO.<br>PNC Bank<br>P.O. Box 340777<br>Pittsburg, PA  15230 | | J | 11102 Worcester Hwy.<br>Berlin, MD 21811<br><br>VALUE $388,500.00 | | | | 213,166.48 | 0.00 |

1    continuation sheets
     attached

Subtotal  ➤
(Total of this page)                                                    $    688,483.42    $          0.00

Total  ➤
(Use only on last page)                                               $                         $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson**      .          Case No. _____

                                    **Debtors**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>PNC Bank <br>P.O. Box 340777 <br>Pittsburg, PA 15230 | | J | Second Lien on Residence <br>11106 Worcester Highway <br>Berlin, MD 21811 <br>Premary Residence <br><br>VALUE $421,730.00 | | | | 36,045.42 | 0.00 |
| ACCOUNT NO. <br><br>PNC Bank, NA <br>P.O. Box 340777 <br>Pittsburg, PA  15230 | | J | 3 Lots, Eagle Landing, <br>Accomack, Virginia <br><br>VALUE $150,000.00 | | | | 104,547.75 | 0.00 |
| ACCOUNT NO. <br><br>Wilmington Trust <br>1100 North Market St. <br>Wilmington, DE  19890 | | J | 11912 St. Martin's Neck Rd. <br>Bishopville, MD <br><br>VALUE $190,910.00 | | | | 381,632.76 | 190,722.76 |
| ACCOUNT NO. <br><br>Wilmington Trust <br>P.O. Box 15503 <br>Wilmington, DE  19850 | | H | 2004 Seahut <br><br>VALUE $8,400.00 | | | | 8,400.00 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

| | |
|---|---|
| $   530,625.93 | $   190,722.76 |

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,219,109.35 | $   190,722.76 |

(Report also on Summary of   (If applicable, report
Schedules)                         also on Statistical
                                          Summary of Certain
                                          Liabilities and
                                          Related Data.)

**B6E (Official Form 6E) (12/07)**

In re   <u>Robert Howard Patterson Jr.   Deborah Ann Patterson</u>          Case No. _____
                          Debtors                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson**  ,                    Case No.  _____
                            Debtors                                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comptroller of Maryland**<br>**201 Baptist St.**<br>**Salisbury, MD 21801** | | | **State withholding on BB&J, Inc.** | | | | **5,053.25** | **5,053.25** | **$0.00** |
| ACCOUNT NO.<br>**IRS**<br>**212 West Main St.**<br>**Salisbury, MD 21801** | | | **Federal withholding on BB&J, LLC** | | | | **18,774.14** | **18,774.14** | **$0.00** |
| ACCOUNT NO.<br>**Worcester County Treasurer**<br>**P.O. Box 64390**<br>**Baltimore, MD 21264** | | | **Property taxes** | | | | **14,779.73** | **0.00** | **$14,779.73** |
| ACCOUNT NO.<br>**Worcester County Treasurer's Office**<br>**One West Market St.**<br>**Snow Hill, MD 21863** | | J | **Property taxes** | | | | **1,617.80** | **1,617.80** | **$0.00** |
| ACCOUNT NO.<br>**Worcester County Treasurer's Office**<br>**One West Market St.**<br>**Snow Hill, MD 21863** | | J | **Property taxes** | | | | **2,969.49** | **2,969.49** | **$0.00** |
| ACCOUNT NO.<br>**Worcester County Treasurer's Office**<br>**One West Market St.**<br>**Snow Hill, MD 21863** | | J | **Property taxes** | | | | **1,293.94** | **1,293.94** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals ►<br>(Totals of this page) | $  **44,488.35** | $  **29,708.62** | $  **14,779.73** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **44,488.35** | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **29,708.62** | $  **14,779.73** |

B6F (Official Form 6F) (12/07)

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Adkins Co.<br>P.O. Box 156<br>Berlin, MD 21811 | X | H | Personal liability on business debt | | | | 25,000.00 |
| ACCOUNT NO.<br><br>AGHS Anesthesia Co.<br>P.O. Box 510628<br>Philadelphia, PA  19175 | | W | Medical bill | | | | 59.81 |
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 1270<br>Newark, NJ  07101 | | H | Credit card | | | | 1,192.02 |
| ACCOUNT NO.<br><br>Atlantic General Hospital<br>9733 Healthway Dr.<br>Berlin, MD 21811 | | W | Medical bills-multiple accounts | | | | 892.04 |
| ACCOUNT NO.<br><br>Atlantic Orthopaedics<br>314 Franklin Ave.<br>Berlin, MD 21811 | | H | Medical bill | | | | 683.74 |

    7   Continuation sheets attached

Subtotal   ➤   $            27,827.61

Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Robert Howard Patterson Jr.   Deborah Ann Patterson</u>
Debtors

Case No. <u> </u>
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Atlantic Physical Therapy**<br>**11070 Cathell Road**<br>**Unit 4**<br>**Berlin, MD 21811** | | W | **Medical** | | | | **68.37** |
| ACCOUNT NO.<br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | J | **Credit cards, multiple accounts** | | | | **20,724.65** |
| ACCOUNT NO.<br>**Cabinetry Unlimited**<br>**P.O. Box 687**<br>**Selbyville, DE 19975** | X | H | **Personal Liability on business debt** | | | | **5,200.00** |
| ACCOUNT NO.<br>**Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | X | H | **Personal liability on business debt-multiple accounts** | | | | **14,913.49** |
| ACCOUNT NO.<br>**Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** | | W | **Credit cards-multiple accounts** | | | | **5,906.13** |

Sheet no. <u>1</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **46,812.64**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson**        Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Cardmember Services** P.O. Box 15153 Wilmington, DE  19886 | | | Credit cards-multiple accounts | | | | **72,500.00** |
| ACCOUNT NO. | | W | | | | | |
| **Citi Business Card** P.O. Box 183051 Columbus, OH  43218 | | | Credit card | | | | **13,796.84** |
| ACCOUNT NO. | | W | | | | | |
| **David Schalk, MD** P.O. Box 307 Eden, MD 21822 | | | Medical bill | | | | **89.18** |
| ACCOUNT NO. | | | | | | | |
| **Discover** P.O. Box 71084 Charlotte, NC  28272 | | | Credit card | | | | **5,842.54** |
| ACCOUNT NO. | | | | | | | |
| **Dress Barn** P.O. Box 659704 San Antonio, TX  78265 | | | Credit card | | | | **0.00** |

Sheet no.  2 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **92,228.56**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Howard Patterson Jr.   Deborah Ann Patterson**          Case No. _____
_____
Debtors                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Emergency Service Associates** Box 513001 Philadelphia, PA  19175 | | W | **Medical bill** | | | | 25.51 |
| ACCOUNT NO.  **Fastenal** 2001 Theurer Blvd. Winona, MN  55987 | X | H | **Personal liability on business debt** | | | | 1,000.00 |
| ACCOUNT NO.  **First National Bank of Omaha** P.O. Box 2557 Omaha, NE  68103 | | J | **Credit card** | | | | 8,299.41 |
| ACCOUNT NO.  **GMAC** P.O. Box 380902 Bloomington, MN  55438 | X | H | **Personal liability on business secured debt.** | | | | 4,465.00 |
| ACCOUNT NO.  **Great American Leasing** 625 First St. SE Cedar Rapids, IA 52401 | X | J | **Personal liability on business debt** | | | | 216.00 |

Sheet no.  3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **14,005.92**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert Howard Patterson Jr.   Deborah Ann Patterson          Case No. _____
                                      Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HSBC Card Services<br>P.O. Box 17051<br>Baltimore, MD 21297 | | W | Credit cards-multiple accounts | | | | 3,184.22 |
| ACCOUNT NO.<br><br>Industrial Floor Corp.<br>Teh Pavillion, Suite 612<br>Senkinstown, PA  19046 | X | H | Personal liability on business debt | | | | 900.00 |
| ACCOUNT NO.<br><br>JC Penny's<br>P.O. Box 960090<br>Orlando, FL  32896 | | W | Credit card | | | | 2,008.00 |
| ACCOUNT NO.<br><br>John Deere Credit<br>P.O.Box 4450<br>Carol Stream, IL  60197 | X | H | Personal liability on business debts & revolving credit line | | | | 27,679.12 |
| ACCOUNT NO.<br><br>Lansing Building<br>P.O. Box 28750<br>Richmond, VA  23228 | X | H | Personal liability on business debt | | | | 3,600.00 |

Sheet no.  4 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          37,371.34

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Robert Howard Patterson Jr.   Deborah Ann Patterson      Case No. _____
_____
                    **Debtors**                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mariner Finance, LLC<br>P.O. Box 35394<br>Baltimore, MD 21222 | X | W | Personal liability on business debt | | | | 2,685.99 |
| ACCOUNT NO.<br><br>Mumford's Sheet Metal<br>P.O. Box 170<br>Selbyville, DE 19975 | X | H | Personal liability on business debt | | | | 2,200.00 |
| ACCOUNT NO.<br><br>NCO Financial Systems<br>P.O Box 4907<br>Trenton, NJ  08650 | | W | Collection account | | | | 280.14 |
| ACCOUNT NO.<br><br>Peebles<br>P.O. Box 659465<br>San Antonio, TX  78265 | | W | Credit card | | | | 376.59 |
| ACCOUNT NO.<br><br>Peninsula Regional Medical Ctr.<br>P.O. Box 2498<br>Salisbury, MD 21801 | | W | Medical bills- multiple accounts | | | | 217.00 |

Sheet no.  5 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **5,759.72**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Howard Patterson Jr.   Deborah Ann Patterson**          Case No. _____
                          Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PNC Bank** P.O. Box 340777 Pittsburg, PA 15230 | X | J | **Personal liability on multiple business loans** | | | | 133,177.98 |
| ACCOUNT NO. **Roof Center** P.O. Box 630384 Baltimore, MD 21263 | X | H | **Personal liability on business debt** | | | | 1,600.00 |
| ACCOUNT NO. **Sam's Club** P.O. Box 530942 Atlanta, GA  30353 | | W | **Credit card** | | | | 2,340.12 |
| ACCOUNT NO. **The Dispatch** P.O. Box 467 Berlin, MD 21811 | X | J | **Personal liability for business debt** | | | | 240.00 |
| ACCOUNT NO. **Walmart** P.O. Box 530927 Atlanta, GA  30353-0927 | | W | **Credit card** | | | | 3,394.69 |

Sheet no.  6 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **140,752.79**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Howard Patterson Jr.   Deborah Ann Patterson**
_____
                    **Debtors**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Wells Fargo** P.O. Box 98791 Las Vagas, NV 89193 | X | W | Personal liability on business account | | | | 1,311.91 |
| ACCOUNT NO. **Wells Fargo** P.O. Box 98791 Las Vagas, NV 89193 | X | W | Personal liability on business debt | | | | 1,311.91 |
| ACCOUNT NO. **Wells Fargo** P.O. Box 98791 Las Vagas, NV 89193 | X | W | Loan | | | | 1,311.91 |
| ACCOUNT NO. **WFNNB- New York & Co.** P.O. Box 659728 San Antonio, TX 78265 | | W | Credit card | | | | 240.41 |
| ACCOUNT NO. **Wilmington Trust** 1100 North Market St. Wilmington, DE 19890 | X | J | Personal liability on business debt | | | | 99,615.58 |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $   **103,791.72**

Total   ➢   $   **468,550.30**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  <u>Robert Howard Patterson Jr.    Deborah Ann Patterson</u>          ,        Case No.  _____
                              Debtors                                                                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: __Robert Howard Patterson Jr.   Deborah Ann Patterson_____.    Case No. _____
　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Adkins Co.**<br>**P.O. Box 156**<br>**Berlin, MD 21811** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Cabinetry Unlimited**<br>**P.O. Box 687**<br>**Selbyville, DE  19975** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Fastenal**<br>**2001 Theurer Blvd.**<br>**Winona, MN  55987** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **GMAC**<br>**P.O. Box 380902**<br>**Bloomington, MN  55438** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Great American Leasing**<br>**625 First St. SE**<br>**Cedar Rapids, IA 52401** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Industrial Floor Corp.**<br>**Teh Pavillion, Suite 612**<br>**Senkinstown, PA  19046** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **John Deere Credit**<br>**P.O.Box 4450**<br>**Carol Stream, IL  60197** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Lansing Building**<br>**P.O. Box 28750**<br>**Richmond, VA  23228** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Mariner Finance, LLC**<br>**P.O. Box 35394**<br>**Baltimore, MD 21222** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Mumford's Sheet Metal**<br>**P.O. Box 170**<br>**Selbyville, DE 19975** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **PNC Bank**<br>**P.O. Box 340777**<br>**Pittsburg, PA 15230** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Roof Center**<br>**P.O. Box 630384**<br>**Baltimore, MD 21263** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re: **Robert Howard Patterson Jr.    Deborah Ann Patterson** .

Case No. _____

**Debtors**

**(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ciny's Country Treasurers**<br>**P.O. Box 1636**<br>**Berlin, MD 21811** | **The Dispatch**<br>**P.O. Box 467**<br>**Berlin, MD 21811** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811**<br><br>**Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811**<br><br>**Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Wells Fargo**<br>**P.O. Box 98791**<br>**Las Vagas, NV  89193** |
| **Patterson & Sons Builders, LLC**<br>**11106 Worcester Hwy.**<br>**Berlin, MD 21811** | **Wilmington Trust**<br>**1100 North Market St.**<br>**Wilmington, DE  19890** |

B6I (Official Form 6I) (12/07)

In re **Robert Howard Patterson Jr. Deborah Ann Patterson**     Case No. _____

_____
Debtors            (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Contractor** | **Business Owner** |
| Name of Employer | **Pattersons & Sons Builders** | **Cindy's Country Treasures** |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 0.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

B6J (Official Form 6J) (12/07)

In re **Robert Howard Patterson Jr. Deborah Ann Patterson**_____,      Case No. _____
                                              **Debtors**                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of
     expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,671.37 |
| a. Are real estate taxes included?   Yes  ✓   No _____ | | | |
| b. Is property insurance included?   Yes  ✓   No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 25.97 |
| d. Other **Cable**_____ | | $ | 99.97 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 300.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 177.86 |
| e. Other_____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)_____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other_____ | | $ | 1,446.54 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other_____ | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 4,771.71 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. Average monthly income from Line 15 of Schedule I | | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | | $ | 4,771.71 |
| c. Monthly net income (a. minus b.) | | $ | -4,771.71 |

**UNITED STATES BANKRUPTCY COURT**
**District of Maryland**

In re:   **Robert Howard Patterson Jr.**                **Deborah Ann Patterson**          Case No. _____

                                                                                                      Chapter   **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                       $ _____**0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                            $ _____**0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                    $ _____**0.00**
    4.  Payroll Taxes                                                                             _____**0.00**
    5.  Unemployment Taxes                                                             _____**0.00**
    6.  Worker's Compensation                                                          _____**0.00**
    7.  Other Taxes                                                                              _____**0.00**
    8.  Inventory Purchases (Including raw  materials)                 _____**0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                           _____**0.00**
    10.  Rent (Other than debtor's principal residence)              _____**0.00**
    11.  Utilities                                                                                  _____**0.00**
    12.  Office Expenses and Supplies                                            _____**0.00**
    13.  Repairs and Maintenance                                                   _____**0.00**
    14.  Vehicle Expenses                                                                _____**0.00**
    15.  Travel and Entertainment                                                  _____**0.00**
    16.  Equipment Rental and Leases                                           _____**0.00**
    17.  Legal/Accounting/Other Professional Fees                      _____**0.00**
    18.  Insurance                                                                            _____**0.00**
    19.  Employee Benefits (e.g., pension, medical, etc.)           _____**0.00**
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):
         **None**                                                                            _____

    21.  Other (Specify):

         **None**                                                                            _____

    22.  Total Monthly Expenses (Add items 3 - 21)                                     $ _____**0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)       $ _____**0.00**

Adkins Co.
P.O. Box 156
Berlin, MD 21811


AGHS Anesthesia Co.
P.O. Box 510628
Philadelphia, PA  19175


American Express
P.O. Box 1270
Newark, NJ  07101


Atlantic General Hospital
9733 Healthway Dr.
Berlin, MD 21811


Atlantic Orthopaedics
314 Franklin Ave.
Berlin, MD 21811


Atlantic Physical Therapy
11070 Cathell Road
Unit 4
Berlin, MD 21811


Bank of America
P.O. Box 15019
Wilmington, DE  19886


BB&T
P.O. Box 2467
Greenville, SC  29602


Cabinetry Unlimited
P.O. Box 687
Selbyville, DE  19975

```
Capital One
P.O. Box 71083
Charlotte, NC 28272



Capital One
P.O. Box 71083
Charlotte, NC  28272



Cardmember Services
P.O. Box 15153
Wilmington, DE  19886



Ciny's Country Treasurers
P.O. Box 1636
Berlin, MD 21811



Citi Business Card
P.O. Box 183051
Columbus, OH  43218



Comptroller of Maryland
201 Baptist St.
Salisbury, MD 21801



David Schalk, MD
P.O. Box 307
Eden, MD 21822



Discover
P.O. Box 71084
Charlotte, NC  28272



Dress Barn
P.O. Box 659704
San Antonio, TX  78265
```

Emergency Service Associates
Box 513001
Philadelphia, PA  19175

Fastenal
2001 Theurer Blvd.
Winona, MN  55987

First National Bank of Omaha
P.O. Box 2557
Omaha, NE  68103

GMAC
P.O. Box 380902
Bloomington, MN  55438

Great American Leasing
625 First St. SE
Cedar Rapids, IA 52401

HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297

Industrial Floor Corp.
Teh Pavillion, Suite 612
Senkinstown, PA  19046

IRS
212 West Main St.
Salisbury, MD 21801

JC Penny's
P.O. Box 960090
Orlando, FL  32896

John Deere Credit
P.O.Box 4450
Carol Stream, IL   60197


Key Bank
P.O. Box 94981
Cleveland, OH   44101


Lansing Building
P.O. Box 28750
Richmond, VA   23228


Mariner Finance, LLC
P.O. Box 35394
Baltimore, MD 21222


Mumford's Sheet Metal
P.O. Box 170
Selbyville, DE 19975


NCO Financial Systems
P.O Box 4907
Trenton, NJ   08650


Patterson & Sons Builders, LLC
11106 Worcester Hwy.
Berlin, MD 21811


Peebles
P.O. Box 659465
San Antonio, TX   78265


Peninsula Regional Medical Ctr.
P.O. Box 2498
Salisbury, MD 21801

PNC Bank
P.O. Box 340777
Pittsburg, PA  15230

PNC Bank
P.O. Box 340777
Pittsburg, PA 15230

PNC Bank, NA
P.O. Box 340777
Pittsburg, PA  15230

Roof Center
P.O. Box 630384
Baltimore, MD 21263

Sam's Club
P.O. Box 530942
Atlanta, GA  30353

The Dispatch
P.O. Box 467
Berlin, MD 21811

Walmart
P.O. Box 530927
Atlanta, GA  30353-0927

Wells Fargo
P.O. Box 98791
Las Vagas, NV  89193

WFNNB- New York & Co.
P.O. Box 659728
San Antonio, TX  78265

```
Wilmington Trust
1100 North Market St.
Wilmington, DE  19890




Wilmington Trust
P.O. Box 15503
Wilmington, DE  19850




Worcester County Treasurer
P.O. Box 64390
Baltimore, MD 21264




Worcester County Treasurer's Office
One West Market St.
Snow Hill, MD 21863
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re:  **Robert Howard Patterson Jr.   Deborah Ann Patterson**

Case No. _____

**Debtors**

Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **6** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **1/11/2010**

Signed: **s/ Robert Howard Patterson Jr.**
                **Robert Howard Patterson Jr.**

Dated:  **1/11/2010**

Signed: **s/ Deborah Ann Patterson**
                **Deborah Ann Patterson**

Signed:  **/s/ Robert K. McIntosh**
           **Robert K. McIntosh**
           Attorney for Debtor(s)

           Bar no.:       **08719**
           **Robert K. McIntosh**
           **212 North Main Street**
           **Berlin, Maryland  21811**
           **Berlin, Maryland 21811**
           Telephone No.:   **410-641-0527**
           Fax No.:       **410-641-2405**

           E-mail address:

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Maryland

In re  **Robert Howard Patterson Jr.    Deborah Ann Patterson**          ,          Case No. _____

Debtors

Chapter    **13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       1.497.340.00 | | |
| B - Personal Property | YES | 3 | $         168.902.50 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      1.219.109.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $         44,488.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $         468.550.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $             0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $         4.771.71 |
| TOTAL | | 23 | $    1,666,242.50 | $    1,732,148.00 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Robert Howard Patterson Jr.    Deborah Ann Patterson**                    Case No. _____
                                    Debtors                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **1/11/2010** _____            Signature:    **s/ Robert Howard Patterson Jr.** _____
                                                                **Robert Howard Patterson Jr.**
                                                                              Debtor

Date:  **1/11/2010** _____            Signature:    **s/ Deborah Ann Patterson** _____
                                                                **Deborah Ann Patterson**
                                                                         (Joint Debtor, if any)

                                                   [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Robert Howard Patterson Jr.    Deborah Ann Patterson**          Case No. _____

_____
Debtors

Chapter  **13**  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **14,779.73** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ **0.00** |
| Student Loan Obligations (from Schedule F) | $ **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ **0.00** |
| TOTAL | $ **14,779.73** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ **4,771.71** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **190,722.76** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **14,779.73** |
| 4. Total from Schedule F | | $ **348,886.03** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **554,388.52** |

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:

**Robert Howard Patterson Jr.**                    §  Case No. _____
                                                    §
**Deborah Ann Patterson**                           §
                                                    §
Debtor(s).

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES
## DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)

I, **Robert Howard Patterson Jr.**(Debtor's name ), state that I did not provide copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

_____ 1) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

_____ 2) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

_____ 3) I am self-employed and do not receive any evidence of payment;

_____ 4) Other (Please Explain)

_____

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated this _____ day of _____ , 200 _____ .

**s/ Robert Howard Patterson Jr.**_____ (Signature of Debtor)
**Robert Howard Patterson Jr.**
                    Debtor

_____

[1] A separate form must be filed by each Debtor

Local Bankruptcy Form Q

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

**Robert Howard Patterson Jr.**                    §  Case No. _____
                                                   §
**Deborah Ann Patterson**                          §
                                                   §
                                                   §
                                                   §
Debtor(s).

# STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES
# DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)

I, **Deborah Ann Patterson** (Joint Debtor's name ), state that I did not provide copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

_____ 1) I was not employed during the period immediately preceding the filing of the above-referenced case _____ (state the dates that you were not employed);

_____ 2) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

_____ 3) I am self-employed and do not receive any evidence of payment;

_____ 4) Other (Please Explain)

_____

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated this _____ day of _____ , 200 ____ .

**s/ Deborah Ann Patterson**_____    (Signature of Joint Debtor)
**Deborah Ann Patterson**
                    Joint Debtor

_____

[1] A separate form must be filed by each Debtor

Local Bankruptcy Form Q